UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00231-MOC-DSC

| | |
|---|---|
| **EARL WRIGHT,** )  )  Plaintiff, )  )  Vs. )  )  **JODY PERRY** )  **CAROLYN HELMS** )  **SELECTPORTIFLO** )  **EXPERIAN CREDIT REPORTING AGENCY** )  **SELECT PORTFOLIO SERVICING, INC.** )  **BANK OF AMERICA,** )  )  Defendants. ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Deny Dismissal, which the court deems to be a Motion to Reconsider under Rule 59(e) or a Motion for Relief from Dismissal under Rule 60.

Beyond conclusory contentions as to what defendants have or have not done, and a contention that "the plaintiff['s] case was not considered," plaintiff has not come forward with any plausible argument or citation to any authority which would point to error or injustice in this court's dismissal of his action. Indeed, as the magistrate judge noted, this action is nearly identical to an earlier action filed by plaintiff and dismissed by Judge Robert J. Conrad, Jr. on May 5, 2014. <u>Wright v Bank of America</u>, 3:14cv94-RJC-DSC, "Order" (document #9) (affirming Memorandum and Recommendation and Order, granting Motion to Dismiss). For the reasons previously stated in this court's Order of Dismissal and the underlying Memorandum and Recommendation, the instant motion is denied.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Deny Dismissal, which the court deems to be a Motion to Reconsider under Rule 59(e) or a Motion for Relief from Dismissal under Rule 60.plaintiff's Motion to Deny Dismissal (#20) is DENIED.

Signed: August 8, 2014

Max O. Cogburn Jr.
United States District Judge